UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP C. PAIK, M.D., ) | Civil No.05cv1913-H(NLS) |
| ) | |
| Plaintiff, ) | **ORDER VACATING MANDATORY** |
| v. ) | **SETTLEMENT CONFERENCE** |
| ) | |
| MIKE LEAVITT, Secretary of the United ) | |
| States Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 29, 2006, pursuant to the request of the District Judge, this Court issued an order scheduling a Mandatory Settlement Conference ("MSC") to allow the parties a final opportunity to discuss settlement prior to the District Court's ruling on the pending motion for summary judgment. A September 13, 2006 MSC was scheduled based upon coordination of the calendars of all attorneys and parties in the case.

On September 11, 2006, Plaintiff's counsel submitted a request to continue the MSC, which was signed as unopposed by defense counsel. The request for a continuance stated that Dr. Paik is out of the country and is therefore unable to attend the MSC on the scheduled date.

///

///

///

///

1      Because Plaintiff's request for a continuance was received only two court days prior to the date
2 of the scheduled conference, the request for a continuance is DENIED.  It further appears that Plaintiff
3 does not wish to avail himself of the opportunity to engage in settlement discussions prior to the
4 summary judgment ruling.  Therefore, the **September 13, 2006** Mandatory Settlement Conference is
5 hereby VACATED.

7 DATED:  September 13, 2006

                                              Hon. Nita L. Stormes
                                              U.S. Magistrate Judge
                                              United States District Court